88 F.3d 1525w
 5 A.D. Cases 1126, 17 A.D.D. 1023, 8
NDLR P 209,
96 Cal. Daily Op. Serv. 4995
 Sean G. DUFFY, Plaintiff-Appellant,
v.
Chase RIVELAND, Secretary of Washington State Department of
Corrections, James Spalding, Director, Kenneth Ducharme,
Superintendent, John Ahlsted, Corrections Sergeant, Peggy
Williams, Clerk/Typist, Jerry Sorenson, Corrections Officer,
Francis Linder, Corrections Officer, Defendants-Appellees.
Sean G. DUFFY, Plaintiff-Appellant,
v.
Craig YOST, Classification Counselor, William Woodly,
Corrections Unit Supervisor, David Karton, Corrections
Sergeant, Linda Willenberg, Corrections Program Manager,
Kenneth Ducharme, Superintendent, Defendants-Appellees.
 Nos. 94-35191, 94-35444.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted April 10, 1995.
Decided July 3, 1996.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION